JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Wagner, et al., ) | SACV 17-01046 JVS (JDEx) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL UPON |
| ) | |
| v. ) | SETTLEMENT OF CASE |
| ) | |
| National Union Fire Insurance ) | |
| Company of Pittsburgh, PA, etc., ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

     The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

     IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days,</u> to reopen the action if settlement is not consummated.

DATED: March 27, 2018

                        James V. Selna

              United States District Judge